**No. 65699.**—Louis Schneider Corp. *v.* United States, protest 58/897 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of artificial stems and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.